## JETHRO KENNY *against* ELIAS KETTLE et al.

In an action of trespass for breaking and entering the plaintiff's house, and spoiling his goods, against seven defendants, one of whom pleads *son assault demesne* in bar, and traverse and issue to the country, and the other six plead severally the general issue, and all the issues go to the same Jury in the County Court, verdict that he who pleaded *son assault demesne*, and three others are guilty, and the *two other defendants* not guilty, to whom the plaintiff pays their costs; on the appeal of the found guilty, the Supreme Court ordered them to plead *de novo*.

THIS was an action of trespass for breaking and entering the plaintiff's house in *Pownal*, and destroying his goods.

In the County Court, defendant *Kettle* pleaded *son assault demesne* in bar; replication, and issue to the country.

Six other defendants pleaded the *general issue*, with notice that they should severally give in evidence that the plaintiff first assaulted them; in this, that on the day and place of the supposed trespass, the plaintiff was assaulting and battering the defendant *Kettle*, and destroying his goods; which to prevent and to keep the peace, they, as the servants of the said *Kettle*, lightly imposed their hands on the plaintiff, and this is the trespass complained of. Joinder.

All the issues went to the same Jury, who found *Kettle* and three other defendants guilty, and the others not guilty.

The defendants found guilty, appealed. The plaintiff did not enter his appeal against the others, but paid them their costs taxed by the County Court.

Kenny<br>v.<br>Kettle et al.

The Court in this cause, on motion, ordered the defendants in this Court to plead *de novo*.

*Robinson* and *Fay*, for plaintiff.

*Chauncey Langdon* and ——— ———, for defendants.